IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JAMES C. BURNS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-16-1288-M |
| | ) | |
| TURNKEY MEDICAL PROVIDER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On December 20, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging violations of plaintiff's constitutional rights. The Magistrate Judge recommended that this action be dismissed without prejudice to refiling. Plaintiff was advised of his right to object to the Report and Recommendation by January 10, 2017. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on December 20, 2016, and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 24th day of January, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE